# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Petitioner,

v.

Graham Franklin Douglas, Respondent.

Appellate Case No. 2015-000606

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Chesterfield County
The Honorable J. Michael Baxley, Circuit Court Judge,

Opinion No. 27647
Heard March 2, 2016 – Filed July 13, 2016

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, and Assistant Attorney General Alphonso Simon, Jr., of Columbia; and Ernest A. Finney, III, of Sumter, for Petitioner.

S. Jahue Moore, of Moore, Taylor Law Firm, P.A. of West Columbia, for Respondent.

---

**PER CURIAM:** We granted certiorari to review the court of appeals' opinion in *State v. Douglas*, 411 S.C. 307, 768 S.E.2d 232 (2014). We now dismiss the writ as improvidently granted.


**DISMISSED AS IMPROVIDENTLY GRANTED**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**